JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY Z. EARLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIMBERLY KIRCHMEYER, ET AL.,<br><br>　　　　Defendants. | Case No. 5:16-cv-02274-AB (SK)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the Complaint is dismissed without leave to amend, and the action is dismissed with prejudice.

DATED: March 07, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　
HON. ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE